|  |  |
|---|---|
| ANGELA PENALOZA-RIVERA, et al., <br><br>  Plaintiffs, <br><br> v. <br><br> ALAMEDA COUNTY, <br><br>  Defendants. | Case No. 19-cv-03665-SI (SI) <br><br> **PRETRIAL PREPARATION ORDER (CIVIL)** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 3/13/2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  12/6/2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 5/29/2020.

DESIGNATION OF EXPERTS: 6/1/2020; REBUTTAL: 6/12/2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 7/10/2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; 7/24/2020;
    Opp. Due: 8/7/2020; Reply Due: 8/14/2020;
    and set for hearing no later than 8/28/2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 9/29/2020 at 3:30 PM.
    Joint pretrial statement due: 9/15/2020

JURY TRIAL DATE: 10/13/2020 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Case referred to Magistrate Judge Beeler for settlement conference to be held during the month of February 2020. Monell discovery is necessary prior to the settlement conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/16/2019

_____
SUSAN ILLSTON
United States District Judge